William B. Anderson, as Ancillary Administrator of the Estate of Mary E. Purkess, Deceased, Appellant, *v.* John C. Fry et al., as Executors of John C. Fry, Deceased, Respondents.

Reported below, 123 App. Div. 46.

(Argued February 17, 1908; decided February 25, 1908.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1907, which reversed an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to set aside a deed of transfer and for an accounting.

The motion was made upon the grounds that the order of

reversal was based upon the facts as well as the law, and the Court of Appeals had, therefore, no jurisdiction to hear the same.

*L. A. Gould* for motion.

*Howard Taylor* opposed.

Motion denied, with ten dollars costs.